

# GREGORY SPEKTOR & ASSOCIATES, P.C.

One Cross Island Plaza, Suite 203C
Rosedale, New York 11422

Gregory Spektor, Esq.*
Matthew Sullivan, Esq.*
David L. Henderson, Esq.* +
Michael M. Szechter, Esq.
Galina Avakova, Esq.

Mikhail Ilyaich, Esq.
Sol Z. Sokel, Esq.
Yan R. Gilkarov, Esq.
Dzhamshed B. Mannonov, Esq.

\*     Admitted in New Jersey
\+    Admitted in Pennsylvania

Tel:  718.528.5272
Fax: 718.528.3370
E-mail: dave@spektorlaw.com

September 29, 2022

Via ECF
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, New York 10007



Re:     *Nieves v Old Republic Insurance Company et al.*
        Docket No.: 22-cv-1735

Dear Judge Failla:

This office represents plaintiff Sun Carlos Nieves. Please accept this letter-motion, jointly filed by the parties, requesting an extension of the fact discovery deadline and an adjournment of the pretrial conference scheduled for October 5, 2022 at 3:00 p.m.

Per the Court's June 1, 2022 order, the deadline to conclude fact discovery is September 29, 2022. The parties have completed written discovery, and have scheduled depositions for October 2022. Moreover, the parties are optimistic that this matter will be resolved via private mediation.

Given Plaintiff's counsel's observance of the Yom Kippur holiday on October 5, 2022, as well as the parties' expedient and collegial conduct of discovery, the parties respectfully request that the Court adjourn the pretrial conference until a date in December 2022, and that the fact discovery deadline be extended to a date in late November 2022.

The parties have not previously requested any adjournments of this pretrial conference or any discovery deadline.

Respectfully,

David L. Henderson, Esq.

*Attorneys for Plaintiff*

and

Michael J. Hemway, Esq.
Gartner + Bloom *attorneys at law*
801 Second Avenue, 11th Floor
New York, New York 10017

*Attorneys for Defendant*

Application GRANTED.  Fact discovery shall conclude by **November 30, 2022.**  The Court will not freely grant further extensions of the fact discovery deadline, given the generous discovery schedule in this case.

The post-fact discovery conference currently scheduled for October 5, 2022, is hereby **ADJOURNED to December 20, 2022, at 11:00 a.m.**

Dated:      September 29, 2022          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE